

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2017

No. 04-16-00822-CR

Kenon **MCDONALD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0794
Honorable Melisa Skinner, Judge Presiding

# O R D E R

On October 5, 2017, appellant's court-appointed attorney filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserted there are no meritorious issues to raise on appeal. Counsel certified he served copies of the brief and motion on appellant, provided appellant a copy of the record on appeal, and explained to appellant his right to file a *pro se* brief. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

Now pending before this court is a *pro se* motion filed by appellant wherein he expresses his desire to file a response to counsel's *Anders* brief. Appellant requests an extension of time in which to file his response. Appellant also requests appointment of new counsel to assist him in preparing his response. Court-appointed counsel's motion to withdraw has not been granted and he remains as appellant's attorney of record until such a time as this court rules on his motion. Accordingly, appellant's request for new counsel is **DENIED**.

We **GRANT** appellant's request for an extension of time. Appellant's response is due on or before **December 14, 2017**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2017.



_____

Keith E. Hottle
Clerk of Court